**Gaylon M. MAJORS, Petitioner—Appellant,**

**v.**

**James E. TILTON, Acting Secretary, California Department of Corrections, Respondent—Appellee.**

No. 07–55548.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 6, 2008.*

Filed Feb. 11, 2008.

John Owen Lanahan, Esq., Law Offices of John O. Lanahan, San Diego, CA, for Petitioner–Appellant.

Daniel B. Rogers, Esq., Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: KOZINSKI, Chief Judge, O'SCANNLAIN and W. FLETCHER, Circuit Judges.

**MEMORANDUM**\*\*

1. For the reasons given by the district court, the California Court of Appeal did not unreasonably apply *Jackson v. Virginia*, 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979), when it affirmed Majors's conviction. *See Juan H. v. Allen*, 408 F.3d 1262, 1274–75 (9th Cir.2005).

2. Because Majors had an opportunity to litigate his Fourth Amendment claim in the state courts, we cannot grant habeas relief on that basis. *See Ortiz–Sandoval v. Gomez*, 81 F.3d 891, 899 (9th Cir.1996).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.